PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Torey Watts  **Docket Number:** 09-00142-001
**PACTS Number:** 44021

**Name of Sentencing Judicial Officer:** Honorable Frederick J. Scullin, Jr., Sr. U.S.D.J. - Northern District of New York

**Date of Original Sentence:** 03/20/2007

**Original Offense:** Conspiracy to Possess With Intent to Distribute Heroin

**Original Sentence:** 41 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: drug and alcohol testing/treatment, financial disclosure, and DNA collection.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 12/30/08

**Assistant U.S. Attorney:** To Be Assigned

**Defense Attorney:** To Be Assigned

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On September 24, 2009, Watts was arrested by Newark, New Jersey Police Department and charged with multiple drug and gun offenses relating to the possession of marijuana and an unlicensed .22 caliber black revolver handgun. The case is pending disposition within New Jersey Superior Court, Essex County. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'<br><br>As detailed in Violation #1, Watts, a convicted felon, unlawfully possessed a firearm. |

PROB 12C - Page 2
Torey Watts

3   The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Watts failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1 within the allotted time period.

4   The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

An internal investigation revealed that Watts had telephone contact with a BOP inmate named Stephen Kendricks (Registration #: 18197-074). Specifically, Kendricks called Watts' cellular telephone 14 times between April 2009 and June 2009.

5   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Watts failed to report as directed to the Probation Office on April 21, 2009. He failed to submit a monthly written report for May 2009, June 2009, and August 2009 within the allotted time period.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

Date: 09/28/09

THE COURT ORDERS:

[X] The Issuance of a Warrant to Act as a Detainer in Essex County and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/28/09
Date